THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ADRIAN MORENO,<br><br>                   Plaintiff,<br><br>v.<br><br>UNIQUE PLUMBING LLC, a Utah Limited Liability Company; STEVEN NIELSEN, an individual; and DOES 1 to 100, inclusive,<br><br>                   Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:24-cv-00916-DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court are Plaintiff's Short Form Discovery Motion[1] and Motion for Leave to File a Reply.[2] Plaintiff requests permission to file a reply brief, for the court to hold a hearing, if necessary, on Plaintiff's discovery motion, or in the alternative, full briefing by the parties. The court orders the filing of a new motion with full briefing as set forth herein.

The Local Rules provide options for when a discovery motion is filed. Among these, the court may set a hearing, decide the motion after an opposing party has had an opportunity to respond at a hearing or in writing, or "request additional briefing and set a briefing schedule."[3] The court is persuaded that full briefing, rather than shorter briefing as set forth in the Local Rules, will be helpful in this specific instance. The court therefore orders as follows:

Plaintiff's Short Form Discovery Motion is DENIED WITHOUT PREJUDICE.[4] Plaintiff may file a new discovery motion that exceeds the limits set forth for short-form discovery

---

[1] ECF No. 42.

[2] ECF No. 44.

[3] DUCivR 37-1(b)(6) (2024).

[4] ECF No. 42.

motions on or before July 25, 2025. Defendant may file an opposition on or before August 8, 2025. Plaintiff may then file a reply on or before August 22, 2025. The page limitations for the discovery motion and memoranda are to comply with those set forth in Local Rule 7-1(1)(4)(D) *All Other Motions*.

Plaintiff's Motion for Leave to File Reply is DEEMED MOOT.[5]

IT IS SO ORDERED.

DATED this 16 July 2025.

_____
Dustin B. Pead
United States Magistrate Judge

---

[5] ECF No. 44.