THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ADRIAN MORENO,<br><br>                    Plaintiff,<br>v.<br><br>UNIQUE PLUMBING LLC, a Utah LLC;<br>STEVEN NIELSEN, an individual; and<br>DOES 1 to 100, inclusive<br><br>                    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO COMPEL<br><br>Case No. 2:24-cv-0916-DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendant, Unique Plumbing LLC, moves the court to compel Southwest Behavioral Health Center to disclose records in response to its August 13, 2025, subpoena.[1] Plaintiff filed a notice of non-opposition to Defendant's motion to compel disclosure. Commendably, Plaintiff filed the notice of non-opposition to "avoid unnecessary motion practice [and] advance discovery efficiency."[2] Plaintiff, however, does not "concede the relevance, materiality, or admissibility of any documents or information produced"[3]

Based on Plaintiff's non-opposition, the court GRANTS Defendant's Motion to Compel. Further, there is no award of attorney fees or expenses associate with the Motion.

       IT IS SO ORDERED.

---

[1] Motion to Compel Disclosure, ECF No. 57.

[2] Plaintiff's Notice of Non-Opposition at 2, ECF No. 60.

[3] *Id*.

DATED this 10 November 2025.

_____
Dustin B. Pead
United States Magistrate Judge

2